**Robert GONNELLA, Appellant,**

v.

**Lewis WALKER, Director of Education, Missouri Division of Education, Respondent.**

No. WD 36330.

Missouri Court of Appeals, Western District.

April 16, 1985.

Robert Gonnella, Jefferson City, for appellant.

John Ashcroft and Melissa Corbin, Jefferson City, for respondent.

Before CLARK, P.J., and SOMERVILLE and KENNEDY, JJ.

ORDER

PER CURIAM:

Plaintiff appeals from an order of dismissal of his petition on ground of its failure to state claim upon which relief could be granted. Petition alleged that defendant, Director of Education for the Missouri Division of Corrections, had wrongfully withheld the results of plaintiff's general educational development (GED) test and had failed to give him credit therefor and prayed certain relief.

Judgment affirmed. Rule 84.16(b)